

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2021

No. 04-21-00202-CR

Darrel Keith **PEAVY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11517
Honorable Stephanie R. Boyd, Judge Presiding

## **O R D E R**

The Appellant's motion to withdraw as counsel is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court